# United States District Court ORIGINAL

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE, DIVISION

ENRIQUE LONGORIA

V.

OLD MAW SHRIMP CORPORATION

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-047

**TO:** (Name and address of defendant)

OLD MAW SHRIMP CORPORATION, through its registered agent for service:

H. Melvin Tower
604 South Shore Drive
Port Isabel, Texas 78578

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Phil Watkins
PHIL WATKINS, P.C.
600 Leopard Street, Suite 1700
Corpus Christi, Texas 78473

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                                3-31-00

CLERK                                                   DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

B-00-47

Service of the Summons and Complaint was made by me[1]

DATE: MAY-2-2000

NAME OF SERVER (PRINT): Abel Betancourt Jr

TITLE: Civil processer

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Melvin H. Town at port of Brownsville

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
MAY 09 2000
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY-2-2000
Date

Signature of Server

SUBSCRIBED AND SWORN TO ME ON THE ___ DAY OF ___, 19__
Address of Server
NOTARY PUBLIC

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March __, 2002

SUBSCRIBED AND SWORN TO ME ON THE 2 DAY OF May, 19 2000
NOTARY PUBLIC

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313

956

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.