

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ENRIQUE LONGORIA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-047 |
| § | |
| OLD MAW SHRIMP CORPORATION § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                ROOM NO.

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED                CONTINUED TO DATE AND TIME

**JUNE 29, 2000 AT 2:00 P.M.**                                   **JUNE 26, 2000 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 20, 2000

TO:   MR. PHIL WATKINS
      MR. DENNIS SANCHEZ