THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

JUN 2 6 2000

Michael N. Milby
Clerk of Court



CIVIL ACTION NO. B-00-047          DATE & TIME: 06-26-00 AT 2:00 P.M.

ENRIQUE LONGORIA                    PLAINTIFF(S)    PHIL WATKINS
                                    COUNSEL

VS.

OLD MAW SHRIMP CORPORATION          DEFENDANT(S)   DENNIS SANCHEZ
                                    COUNSEL

-------------------------------------------------------------------------------

An initial pretrial conference was held in Judge Black's chambers.

Scheduling dates were selected

ClibPDF - www.fastio.com