United States District Court
Southern District of Texas
FILED

MAR 0 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ENRIQUE LONGORIA | § § § | |
| V. | § § | CIVIL ACTION NO. B-00-047 |
| | § § § | |
| OLD MAW SHRIMP CORPORATION | § | |

## PLAINTIFF'S NOTICE OF FILING AFFIDAVITS

TO: OLD MAW SHRIMP CORPORATION
by and through their attorney of record
Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521

Pursuant to Rule 902(10), Tex.R.Civ.Evid., Plaintiff gives notice to Defendant and his counsel of record that the following Affidavits and Records have been filed with the Clerk of the Court in which this case is pending:

1. Affidavit of Patricia Ramirez, Custodian of Medical and Patient Account Records for Dr. Dennis R. Gutzman.

Defendant is further notified that the affidavits and records may be used by the Plaintiff as evidence in the trial of this case.

ClibPDF - www.fastio.com

Respectfully submitted,

PHIL WATKINS, P.C.
700 N. St. Mary's Street, Suite 1750
San Antonio, Texas 78205
(210) 225-6666
(210) 225-2300 fax


By: _____
PHIL WATKINS
Federal Bar No. 20710

ATTORNEY FOR PLAINTIFF
*with permission*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served upon all counsel of record on this the 2nd day of **March, 2001**, as follows:

### VIA FAX AND CMRRR 7000 0520 0023 3478 5750

DENNIS SANCHEZ
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
Telephone:    (956) 546-3731
Facsimile:    (956) 546-3765

ATTORNEYS FOR DEFENDANT


_____
PHIL WATKINS
*with permission*

A248768-002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENRIQUE LONGORIA | § | IN THE U.S. DISTRICT COURT |
| | § | |
| VS. | § | WESTERN DISTRICT OF TEXAS |
| | § | |
| OLD MAW SHRIMP CORPORATION | § | SAN ANTONIO DIVISION |

**AFFIDAVIT**

PATIENT ACCOUNT RECORDS PERTAINING TO: ENRIQUE LONGORIA, DOB: 06/16/65, SSN: 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

Before me, the undersigned authority, personally appeared, _Patricia Ramirez_, who, being by me duly sworn, deposed as follows:

My name is _Patricia Ramirez_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the person in charge of the PATIENT ACCOUNT RECORDS for DENNIS R. GUTZMAN, M.D.. Attached to this Affidavit are records that provide an itemized statement of the services and charges for the services that DENNIS R. GUTZMAN, M.D. provided to ENRIQUE LONGORIA, DOB: 06/16/65, SSN: 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 pertinent to October 28, 1998 and all subsequent treatments. The attached records are a part of this Affidavit. The services reflected in the records were prescribed by the attending physician in charge. The services provided were necessary and the amounts charged for the services were reasonable at the time and place that the services were provided. The charges reflected in the records total $ _1635.00_.

These said pages of records are kept by DENNIS R. GUTZMAN, M.D. in the regular course of business, and it was the regular course of business of DENNIS R. GUTZMAN, M.D., for a person with knowledge of the act, event, condition, opinion, or diagnoses recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter; and the method of preparation was trustworthy. The records attached hereto are the original or exact duplicates of the original.

_Patricia Ramirez_
SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS _2_ day of _March_, ~~19~~ _2001_

[Notary seal: JIMMY VINTON, Notary Public, State of Texas, My Commission Expires Aug 25, 2004]

NOTARY PUBLIC STATE OF TEXAS
MY COMMISSION EXPIRES:

Dennis R. Gutzman, M.D.P.A.
2424 Babcock Rd  Suite 201
San Antonio, TX 78229
(210)616-0462

**Statement Date**: 3/1/2001

**Page**: 1

Enrique Longoria
1005 Clarissa St
Brownsville, TX 78521

**Chart Number**: LONEN000
SSN 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
Date of Birth 06/16/1965

| Date | Procedure Code | Description | Diagnosis | Amount |
|---|---|---|---|---|
| | | **Previous Balance** | | 0.00 |
| Patient: Enrique Longoria | | Chart #: LONEN000 | | |
| 10/28/1998 | 99205 | Office Visit, Np, Comprehensi | 722.10 | 300.00 |
| 10/28/1998 | | Check Payment - Thank You | 722.10 | -350.00 |
| 11/11/1998 | 99213 | Office Visit,Ep,Intermediate | 722.10 | 85.00 |
| 11/11/1998 | 99080 | Disability Form | 722.10 | 10.00 |
| 11/11/1998 | | Cash Payment-Thank You | 722.10 | -10.00 |
| 12/2/1998 | | Check Payment - Thank You | 722.10 | -35.00 |
| 1/13/1999 | 99213 | Office Visit,Ep,Intermediate | 722.10 | 95.00 |
| 1/13/1999 | 99080 | Disability Form | 722.10 | 20.00 |
| 1/13/1999 | | Check Payment - Thank You | 722.10 | -20.00 |
| 1/18/1999 | | Check Payment - Thank You | 722.10 | -85.00 |
| 2/24/1999 | 99213 | Office Visit,Ep,Intermediate | 722.10 | 80.00 |
| 2/24/1999 | 99080 | Disability Form | 722.10 | 10.00 |
| 2/24/1999 | | Cash Payment-Thank You | 722.10 | -10.00 |
| 4/21/1999 | 99213 | Office Visit,Ep,Intermediate | 722.10 | 95.00 |
| 4/21/1999 | 99080 | Disability Form | 722.10 | 20.00 |
| 4/21/1999 | | Cash Payment-Thank You | 722.10 | -20.00 |
| 5/10/1999 | | Check Payment - Thank You | 722.10 | -185.00 |
| 6/2/1999 | 99213 | Office Visit,Ep,Intermediate | 722.10 | 95.00 |
| 9/13/1999 | 99213 | Office Visit,Ep,Intermediate | 722.10 | 95.00 |
| 9/13/1999 | 99080 | Disability Form | 722.10 | 10.00 |
| 9/13/1999 | | Cash Payment-Thank You | 722.10 | -10.00 |

| Total Charges | Total Payments | Total Adjustments | Balance Due |
|---|---|---|---|
| Continued | Continued | Continued | 0.00 |

Dennis R. Gutzman, M.D.P.A.
2424 Babcock Rd  Suite 201
San Antonio, TX 78229
(210)616-0462

Statement Date: 3/1/2001

Page: 2

Enrique Longoria
1005 Clarissa St
Brownsville, TX 78521

Chart Number: LONEN000

SSN 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
Date of Birth 06/16/1965

| Date | Procedure Code | Description | Diagnosis | Amount |
|---|---|---|---|---|
| 11/22/1999 | | Affidavit | 722.10 | 50.00 |
| 11/22/1999 | | Check Payment - Thank You | 722.10 | -50.00 |
| 12/13/1999 | 99214 | Office Visit, EP, Extended | 722.10 | 125.00 |
| 12/13/1999 | 99080 | Disability Form | 722.10 | 10.00 |
| 12/14/1999 | | Cash Payment-Thank You | 722.10 | -10.00 |
| 3/20/2000 | 99214 | Office Visit, EP, Extended | 722.10 | 140.00 |
| 3/20/2000 | 99080 | Disability Form | 722.10 | 10.00 |
| 3/20/2000 | | Cash Payment-Thank You | 722.10 | -10.00 |
| 10/9/2000 | TRANS TO | TRANSFER TO NEW DATA | 722.10 | -455.00 |

| Total Charges | Total Payments | Total Adjustments | Balance Due |
|---|---|---|---|
| $1250.00 | -$795.00 | -$455.00 | 0.00 |

Dennis R. Gutzman, M.D.P.A.
2424 Babcock Rd  Suite 201
San Antonio, TX 78229
(210)616-0462

| Statement Date | Page |
|---|---|
| 3/1/2001 | 1 |

Watkins, Phil
600 Leopard St Suite 1700
Corpus Christi, TX 78473

| Chart Number |
|---|
| LONEN000 |

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| **Patient: Enrique Longoria** | | Chart #: LONEN000 | | |
| 6/20/2000 | | Disability Form | | 10.00 |
| 6/20/2000 | | Check Payment - Thank You | | -10.00 |
| 8/7/2000 | | Disability Form | | 10.00 |
| 8/7/2000 | | COPIES OF WC RECORDS | | 0.20 |
| 8/7/2000 | | Check Payment - Thank You | | -10.00 |
| 8/7/2000 | | Cash Payment | | -0.20 |
| 8/7/2000 | | Office Visit, EP, Intermediate | | 95.00 |
| 10/9/2000 | | TRANSFER FROM OLD DATA BASE | | 455.00 |
| 11/6/2000 | | Office Visit, EP, Extended | | 140.00 |
| 1/8/2001 | | Office Visit, EP, Extended | | 125.00 |
| 1/12/2001 | | Disability Form | | 10.00 |
| 1/12/2001 | | Check Payment - Thank You | | -10.00 |
| 2/7/2001 | | Office Visit, EP, Comprehensive | | 165.00 |

**PLEASE CONTACT BETSY AT OUR OFFICE FOR AN UPDATE ON THIS ACCOUNT.  THANK YOU!!**

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
|---|---|---|---|
| 125.00 | 0.00 | 629.60 | 980.00 |

ClibPDF - www.fastio.com

No: B-00-047

| | |
|---|---|
| ENRIQUE LONGORIA<br>vs.<br>OLD MAW SHRIMP CORPORATION | IN THE U.S.D.C. FOR THE<br>SOUTHERN DIST. OF TEXAS<br>BROWNSVILLE DIVISION |

## AFFIDAVIT

RECORDS PERTAINING TO: ENRIQUE LONGORIA DOB: 06/16/65 SSN: 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

Before me, the undersigned authority, personally appeared _Patricia Ramirez_, who being by me duly sworn, deposed as follows:

My name is _Patricia Ramirez_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of DENNIS R. GUTZMAN, M.D., P.A.. This is a regularly conducted business activity. Attached hereto are records from DENNIS R. GUTZMAN, M.D., P.A.. These records are kept by DENNIS R. GUTZMAN, M.D., P.A. in the regular course of business, and it was the regular course of business of DENNIS R. GUTZMAN, M.D., P.A. for an employee or representative of DENNIS R. GUTZMAN, M.D., P.A., with knowledge, or one who had been provided such knowledge, of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter; and the method of preparation of the record was trustworthy. The records attached thereto are the original or exact duplicates of the original.

_Patricia Ramirez_
AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the ___2___ day of ___March___ ___2001___

_[signature]_
NOTARY PUBLIC FOR THE STATE OF TEXAS

JIMMY VINTON
Notary Public, State of Texas
My Commission Expires Aug 25, 2004

Patient's Name: _Enrique Longoria_

Where did the accident happen?
~~Surf ~~~~ ~~ Working on the Shrimp Boat.

How did the injury happen?
_I was climbing up the upperrigs. my foot slipt I grab to the bar so I wouldn't fall that's when my Back Started hurting._

Describe where the pain is located:
_My lower Back Hurts all ~~~~~~~~~~~~~ the way to my Right leg_

Any Bowel or Bladder problems due to this injury? YES OR (NO)

Please list or check any treatment done for this current injury: Physical Therapy _____
How many weeks of physical therapy? _____ EMG: _____ Other_____

List medications taking for this injury:
~~Ketoprof~~ Ketoprofen 75mg 2ed, Cyclobenzaprine Hcl 10mg sch Tylenol 500mg motrin 800 mg.

Check the test you have undergone for this current injury and where and the date:

X-rays_____ Cat Scan_____ Bone Scan_____
MRI ✓ _____Myelogram_____Discogram_____

Doctors whom you have seen for this current injury:
_Valley Doctor Clinic (Dr. Pelly ) Raul Garza Jr._

Have you had surgery for this current injury:
_No_____

Have you had any similar or same injuries or problems in the past? _No_____

List Medical Problems: Diabetes _None_____ High Blood Pressure_____
Other_____

List any allergies to medications or other:
_None_____

**DENNIS R. GUTZMAN, M.D.**
*Certified by the American Board of Orthopaedic Surgery*
2424 Babcock Rd., #201, San Antonio, TX 78229
210-616-0462 • fax 210-616-0467

February 7, 2001

Patient:   Enrique Longoria
DOB:       06/16/1965
DOI:       03/25/1998
Acct:      LONEN000

Last Office Visit: February 7, 2001

A comprehensive review of Mr. Longoria's records include his discogram which does not show evidence of surgical intervention as it relates to the lumbosacral pine. He, however, continues to have significant symptoms which are documented on his EMG which was done by Dr. Avant. I discussed with Mr. Longoria that he should follow up with Dr. Avant to ascertain the condition of the lumbosacral nerve root as it relates to his lower back. He is having sexual dysfunction essentially with this injury and certainly this is something that it is not unexpected considering the injury which he has. Soma, along with Vioxx were provided through the office. He is to maintain regular follow up in 6-8 weeks.

DENNIS R. GUTZMAN, M.D.P.A.

DRG:bg

Cc:   Phil Watkins
      600 Leopard St, Suite 1700
      Corpus Christi, Tx 78473


      Enrique Longoria
      1005 Clarissa St.
      Brownsville, TX  78521

**DENNIS R. GUTZMAN, M.D.P.A.**
*Certified by the American Board of Orthopaedic Surgery*
2424 Babcock Rd., #201, San Antonio, TX 78229
210-616-0462 • fax 210-616-0467

January 8, 2001

Patient:   Enrique Longoria
DOB:       06/16/1965
DOI:       03/25/1998
Acct:      LONEN000

Last Office Visit: January 8, 2001

Mr. Longoria continues with significant back and leg pain with numbness consistent with EMG findings. He continues to have long term problems for which discographic studies are definitely indicated and these will be scheduled as soon as possible. He is presently not working. He will continue with Norco and Soma for medication.

DIAGNOSIS:
HNP L5-S1.

RECOMMENDATIONS:
1) Discogram
2) Continue medications

DENNIS R. GUTZMAN, M.D.P.A.

DRG:bg

Cc:   Phil Watkins
      600 Leopard St, Suite 1700
      Corpus Christi, Tx 78473


      Enrique Longoria
      1005 Clarissa St.
      Brownsville, TX  78521

**DENNIS R. GUTZMAN, M.D.P.A.**
*Certified by the American Board of Orthopaedic Surgery*
2424 Babcock Rd., #201, San Antonio, TX 78229
210-616-0462 • fax 210-616-0467

November 6, 2000

Patient:   Enrique Longoria
DOB:       06/16/1965
DOI:       03/25/1998
Acct:      LONEN000

Last Office Visit: November 6, 2000

Mr. Longoria has continued with significant back pain with right leg pain. He definitely needs discographic studies as we need to ascertain the condition of the L4-5 and L5-S1 disc levels. We discussed the expected results and likely complications of surgery for him and we are basically waiting approval. His medications will be continued for pain. He is certainly in no condition to work with this type of problem with medication of Norco and Soma to be continued.

DIAGNOSIS:
HNP L5-S1.

RECOMMENDATIONS:
1) No work status
2) Continue medications
3) Surgery

DENNIS R. GUTZMAN, M.D.P.A.

DRG:bg

Cc:   Phil Watkins
      600 Leopard St, Suite 1700
      Corpus Christi, Tx 78473


      Enrique Longoria
      1005 Clarissa St.
      Brownsville, TX  78521

ClibPDF - www.fastio.com

**DENNIS R. GUTZMAN, M.D.**
Certified by the American Board of
Orthopaedic Surgery
2424 Babcock Rd., #201, San Antonio, TX 78229
210-616-0462 • fax 210-616-0467

August 7, 2000

Patient:    Enrique Longoria
DOB:        06/16/1965
DOI:        03/25/1998
Acct:       LONEN000

Last Office Visit: August 7, 2000

Mr. Longoria continues with increasing severity in his back, particularly pain in his right leg. He is having a difficult time bending, standing or stooping. He cannot work in this condition. We are going to be recommending for him a discographic study as a prelude to surgical intervention at L4-5 and L5-S1. This is to be scheduled. Norco and Soma for medications.

DIAGNOSIS:
Herniated nucleus pulposus L5-S1.

RECOMMENDATIONS:
1) No work status
2) Continue medications
3) Discogram to be followed by surgery


DENNIS R. GUTZMAN, M.D.P.A.

DRG:bg


Cc:    Phil Watkins
       Attorney at Law
       600 Leopard St, Suite 1700
       Corpus Christi, Tx 78473

**DENNIS R. GUTZMAN, M.D.P.A**
Certified by the American Board of
Orthopaedic Surgery
2424 Babcock Rd., #201, San Antonio, TX 78229
210-616-0462 • fax 210-616-0467

March 20, 2000

Patient:   Enrique Longoria
DOB:       06/16/1965
DOI:       03/25/1998
Acct:      LONEN000

Last Office Visit: March 20, 2000

Mr. Longoria had not been seen for an extended period of time despite the fact that he has had continuing back and leg pain with inability to stand for periods of time. He has had significant muscle spasms across his lower back. He has continued symptoms at this point and time. Mr. Longoria has returned for re-evaluation having a positive straight leg raising at 50 degrees. He has decreased ankle reflexes bilaterally. In his present condition, Mr. Longoria should undergo discographic studies at L4-5 and L5-S1 which would be my opinion. Medications increased to Norco along with Soma. Mr. Longoria cannot work at this point and time due to the amount of time he is experiencing and certainly needs further evaluation.

DIAGNOSIS:
Herniated nucleus pulposus L5-S1.

RECOMMENDATIONS:
1) No work status
2) Follow up May 11, 2000
3) Continue medications
4) Discogram


DENNIS R. GUTZMAN, M.D.P.A.

DRG:bg


Cc:   Phil Watkins
      Attorney at Law
      600 Leopard St, Suite 1700
      Corpus Christi, Tx 78473



# HUEBNER IMAGING CENTER

9150 Huebner Road, Suite 195 • San Antonio, Texas • 78240 • (210) 561 7170 • FAX: (210) 561-7179

LONGORIA, ENRIQUE

RECEIVED JAN 24 2001

Lumbar Discogram 1 Level
22-Jan-2001 11:19 AM

D00171317

Exam Site: H
Status: O
DOB: 16-Jun-1965   Sex: F
Age: 35 Years
Requester: GUTZMAN, DENNIS R, M.D.

Diagnosis:
    HNP LUMBAR DISCOGRAM L5-S1
History:
    HNP LUMBAR DISCOGRAM L5-S1

Final Report

LUMBAR DISCOGRAM WITH FLUOROSCOPY:

Patient was referred for by Dr. Gutzman for lumbar discography at the L5-S1 levels. No pertinent physical abnormalities or physical precautions were reported.

DRUG ALLERGIES:  None.

The patient described his typical pain pattern as low back pain radiating into the right leg.

The procedure including the risks and complications was explained to the patient and informed consent obtained.

Anesthesia provided by Dr. Joyner

PROCEDURE: Using aseptic technique with Xylocaine (1.0%) local anesthesia, the L5-S1 intervertebral disc was sequentially punctured from a posterior oblique approach with a coaxial needle system (18-ga, 22-ga). After appropriate needle placement and verification with biplane fluoroscopy, sequential injections of nonionic radiographic contrast (Isovue 300) were performed at each level with the patient describing any resulting symptoms in detail. Biplane radiography was performed at each level. After the procedure, the needles were withdrawn. The patient was observed for an appropriate interval in the recovery room and discharged in normally alert status with stable vital signs. Standard post discogram precautions and instructions were discussed with the patient. Follow-up will be performed by Dr.

MEDICAL RECORD COPY

GUTZMAN, DENNIS R, M.D.
2424 BABCOCK ROAD
SUITE 201
SAN ANTONIO          TX 78229



**HUEBNER IMAGING CENTER**

9150 Huebner Road, Suite 195 • San Antonio, Texas • 78240 • (210) 561 7170 • FAX: (210) 561-7179

Page: 2

LONGORIA, ENRIQUE                                     D00171317

Lumbar Discogram 1 Level                        Exam Site: H
22-Jan-2001 11:19 AM                            Status: O
                                                DOB: 16-Jun-1965  Sex: F
                                                Age: 35 Years
                                     Requester: GUTZMAN, DENNIS R, M.D.

Gutzman.

DISCOGRAPHIC FINDINGS:

Level: L5-S1
Amount of contrast injected: 1.5 cc with strong end point.
Pain production: None.
Discographic appearance: Normal appearing disc.

IMPRESSION:
NORMAL LUMBAR DISCOGRAM. NO ANATOMIC ABNORMALITY DEMONSTRATED AND I WAS UNABLE TO INDUCE ANY OF THE PATIENT'S TYPICAL PAIN PATTERN WITH PRESSURIZATION OF THE DISC.

Approved by: Robert O Cone, M.D.   /signed by/ RADIOLOGIST, ONLINE

Transcribed on: 22-Jan-2001 2:45 PM by Adriana Garza                316542
Finalized on: 23-Jan-2001 7:10 AM by Online Radiologist
Attending MD: GUTZMAN, DENNIS R, M.D.

MEDICAL RECORD COPY

GUTZMAN, DENNIS R, M.D.
2424 BABCOCK ROAD
SUITE 201
SAN ANTONIO           TX 78229

ClibPDF - www.fastio.com

LONGORIA, ENRIQUE

DOB: 16-Jun-1965   Sex: F
Rec: D00171317
Accession #: 316542


Physician: GUTZMAN, DENNIS R, M.D.
Date of Service: 22-Jan-2001

Lumbar Discogram 1 Level

------------------------------------------------------------

LUMBAR DISCOGRAM WITH FLUOROSCOPY:

Patient was referred for by Dr. Gutzman for lumbar discography at the L5-S1 levels. No pertinent physical abnormalities or physical precautions were reported.

DRUG ALLERGIES: None.

The patient described his typical pain pattern as low back pain radiating into the right leg.

The procedure including the risks and complications was explained to the patient and informed consent obtained.

Anesthesia provided by Dr. Joyner

PROCEDURE: Using aseptic technique with Xylocaine (1.0%) local anesthesia, the L5-S1 intervertebral disc was sequentially punctured from a posterior oblique approach with a coaxial needle system (18-ga, 22-ga). After appropriate needle placement and verification with biplane fluoroscopy, sequential injections of nonionic radiographic contrast (Isovue 300) were performed at each level with the patient describing any resulting symptoms in detail. Biplane radiography was performed at each level. After the procedure, the needles were withdrawn. The patient was observed for an appropriate interval in the recovery room and discharged in normally alert status with stable vital signs. Standard post discogram precautions and instructions were discussed with the patient. Follow-up will be performed by Dr. Gutzman.

DISCOGRAPHIC FINDINGS:

LONGORIA, ENRIQUE

DOB: 16-Jun-1965   Sex: F
Rec: D00171317
Accession #: 316542

Physician: GUTZMAN, DENNIS R, M.D.
Date of Service: 22-Jan-2001

Lumbar Discogram 1 Level

---

Level: L5-S1
Amount of contrast injected: 1.5 cc with strong end point.
Pain production: None.
Discographic appearance: Normal appearing disc.

IMPRESSION:
NORMAL LUMBAR DISCOGRAM. NO ANATOMIC ABNORMALITY DEMONSTRATED AND I WAS UNABLE TO INDUCE ANY OF THE PATIENT'S TYPICAL PAIN PATTERN WITH PRESSURIZATION OF THE DISC.


Approved by: Robert O Cone, M.D.   /signed by/ RADIOLOGIST, ONLINE

Transcribed on: 22-Jan-2001   2:45 PM
  Finalized on: 23-Jan-2001   7:10 AM


            F A X   C O P Y   O F   F I N A L   R E P O R T

Batch Diagnostic       s for Destination: 9,616-0467

Recipient: GUTZMAN, DENNIS R, M.D.|(210) 616-0462

| Patient | Accession | Copies |
|---|---|---|
| LONGORIA, ENRIQUE | 316542 | 1 |

ClibPDF - www.fastio.com