9

THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-00-047          DATE & TIME: 03-23-01 AT 2:00 P.M.

ENRIQUE LONGORIA                   PLAINTIFF(S)   PHIL WATKINS
                                   COUNSEL

VS.

OLD MAW SHRIMP CORPORATION         DEFENDANT(S)   DENNIS SANCHEZ
                                   COUNSEL

-----------------------------------------------------------------------

This case has been settled.