10

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| ENRIQUE LONGORIA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-047 |
| | § | |
| OLD MAW SHRIMP CORPORATION | § | |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

| PLACE: | ROOM NO.: |
| --- | --- |
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |
| | DATE AND TIME: |
| | APRIL 19, 2001 AT 1:30 P.M. |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 23, 2001

TO:   MR. PHIL WATKINS
      MR. DENNIS SANCHEZ