11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**APR 2 3 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ENRIQUE LONGORIA | § | |
| | § | |
| VS. | § | C.A. NO. B-00-047 |
| | § | |
| OLD MAW SHRIMP CORPORATION | § | |

## AGREED JUDGMENT

CAME ON TO BE CONSIDERED on the 20th day of ~~March~~ April, 2001, the above-styled and numbered cause. Plaintiff appeared by and through his attorney of record, Phil Wilkins, and Defendant appeared by and through its attorney of record, Dennis Sanchez. Both sides announced to the Court that they had arrived at a compromise and settlement of all matters in this case which required the entry of a judgment. The Court after considering the pleadings on file, the evidence presented therein, and the arguments of counsel, finds that the resolution of this case is fair and just and is of the opinion that the Plaintiff is entitled to recover of and from the Defendant, OLD MAW SHRIMP CORPORATION, the sum of THIRTY THOUSAND AND NO/100 DOLLARS ($30,000.00). It is therefore

ORDERED, ADJUDGED and DECREED that ENRIQUE LONGORIA be and is hereby granted judgment against OLD MAW SHRIMP CORPORATION in the amount of THIRTY THOUSAND AND NO/100 DOLLARS ($30,000.00), is to be paid as follows:

1. FIFTEEN THOUSAND and NO/100 DOLLARS ($15,000.00) on or before September 15, 2001; and

2. FIFTEEN THOUSAND and NO/100 DOLLARS ($15,000.00) on or before September 15, 2002.

If any payment under this judgment is not paid within ten (10) days after written notice of default in payment, the full judgment may issue.

All relief not expressly granted in this judgment is denied.

SIGNED FOR ENTRY this 20<sup>d</sup> day of _April_, 2001.

~~John Wm. Black,~~
UNITED STATES ~~MAGISTRATE~~ JUDGE
_District_

APPROVED AND AGREED TO:

PHIL WATKINS
Federal Bar No. 20710
PHIL WATKINS, P.C.
700 N. St. Mary's Street, Suite 1750
San Antonio, Texas 78205
(210) 225-6666 telephone
(210) 225-2300 fax

Attorney for Plaintiff

DENNIS SANCHEZ
State Bar No. 00795621; Federal Bar No. 1594
SANCHEZ, WHITTINGTON, JANIS
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 telephone
(956) 546-3765 fax

Attorney for Defendant

Agreed Judgment