UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE SAN ANTONIO DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

| ENRIQUE LONGORIA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | B-00-047 |
| | § | |
| | § | |
| OLD MAW SHRIMP CORPORATION | § | |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT IN AGREED JUDGMENT

NOW COMES ENRIQUE LONGORIA, Plaintiff in the above styled and numbered cause and asks the Clerk of the Court to enter a Default in the Agreed Judgment of April 20, 2001 against Defendant, **OLD MAW SHRIMP CORPORATION**, as authorized by Federal Rules of Civil Procedure 69.

1. Plaintiff is Enrique Longoria.

2. Defendant is Old Maw Shrimp Corporation, a Texas Corporation whose principal business address is 604 South Shore Drive, Port Isabel, Texas 78578.

3. On April 23, 2001, the Clerk of this Court entered, among the records of this court, the Agreed Judgment signed and executed by the parties and United States District Judge Filemnon B. Vela. A copy of the Agreed Judgment is attached hereto as *Exhibit "1"*. The Agreed Judgment required Defendant, Old Maw Shrimp Corporation to pay to Plaintiff $15,000.00 on or before September 15, 2001. Defendant has not made payment.

4. On September 19, 2001, Plaintiff's attorney wrote to Defendant's attorney, Dennis Sanchez, advising that the September 15, 2001 payment to Enrique Longoria in the amount of $15,000.00 had not been made by Defendant. A copy of the September 19,

2001 letter is attached as *Exhibit "2"*. Defendant has not made payment to Plaintiff even though given written notice of Default more than ten (10) days before the filing of this instrument.

5.  Plaintiff is entitled to issuance of a Writ of Execution in Aid of Judgment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Enrique Longoria prays that the Clerk of this Court, upon the filing of this Pleading, issue a Writ of Execution in the amount of $30,000.00 against Old Maw Shrimp Corporation at 604 South Shore Drive, Port Isabel, Texas 78578.

Respectfully submitted,

PHIL WATKINS, P.C.
700 N. St. Mary's Street, Suite 1750
San Antonio, Texas 78205
(210) 225-6666
(210) 225-2300 fax

By: _____
PHIL WATKINS
Federal Bar No. 20710

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served upon all counsel of record on this the 4th day of October, 2001, as follows:

**REGULAR MAIL**

DENNIS SANCHEZ
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
Telephone:   (956) 546-3731
Facsimile:   (956) 546-3765

ATTORNEYS FOR DEFENDANT

_____
PHIL WATKINS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ENRIQUE LONGORIA | § | |
| | § | |
| VS. | § | C.A. NO. B-00-047 |
| | § | |
| OLD MAW SHRIMP CORPORATION | § | |

### AGREED JUDGMENT

CAME ON TO BE CONSIDERED on the 20th day of ~~March~~ April, 2001, the above-styled and numbered cause. Plaintiff appeared by and through his attorney of record, Phil Wilkins, and Defendant appeared by and through its attorney of record, Dennis Sanchez. Both sides announced to the Court that they had arrived at a compromise and settlement of all matters in this case which required the entry of a judgment. The Court after considering the pleadings on file, the evidence presented therein, and the arguments of counsel, finds that the resolution of this case is fair and just and is of the opinion that the Plaintiff is entitled to recover of and from the Defendant, OLD MAW SHRIMP CORPORATION, the sum of THIRTY THOUSAND AND NO/100 DOLLARS ($30,000.00). It is therefore

ORDERED, ADJUDGED and DECREED that ENRIQUE LONGORIA be and is hereby granted judgment against OLD MAW SHRIMP CORPORATION in the amount of THIRTY THOUSAND AND NO/100 DOLLARS ($30,000.00), is to be paid as follows:

1. FIFTEEN THOUSAND and NO/100 DOLLARS ($15,000.00) on or before September 15, 2001; and

2. FIFTEEN THOUSAND and NO/100 DOLLARS ($15,000.00) on or before September 15, 2002.

EXHIBIT 1

If any payment under this judgment is not paid within ten (10) days after written notice of default in payment, the full judgment may issue.

All relief not expressly granted in this judgment is denied.

SIGNED FOR ENTRY this 20th day of April, 2001.

*[signature]*
John Wm. Black,
UNITED STATES ~~MAGISTRATE~~ District JUDGE

APPROVED AND AGREED TO:

*[signature]*  
PHIL WATKINS  
Federal Bar No. 20710  
PHIL WATKINS, P.C.  
700 N. St. Mary's Street, Suite 1750  
San Antonio, Texas 78205  
(210) 225-6666 telephone  
(210) 225-2300 fax  

Attorney for Plaintiff

*[signature]*  
DENNIS SANCHEZ  
State Bar No. 00795621; Federal Bar No. 1594  
SANCHEZ, WHITTINGTON, JANIS  
100 North Expressway 83  
Brownsville, Texas 78521-2284  
(956) 546-3731 telephone  
(956) 546-3765 fax  

Attorney for Defendant

# PHIL WATKINS, P.C.

ATTORNEYS AT LAW

Phil Watkins
Board Certified
Personal Injury Trial Law
Texas Board of Legal Specialization

September 19, 2001

Mr. Dennis Sanchez                     Facsimile: 956-546-3765
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

RE:   C.A. #B-00-047; *Enrique Longoria v. Old Maw Shrimp Corp.*

Dear Mr. Sanchez

Enclosed please find a copy of the Agreed Judgment of April 20, 2001 which was signed and entered of record in the above matter. My client informs me that he has not received the first installment of $15,000.00 which was due on September 15, 2001. Please note that if the default in payment continues for ten (10) days after written notice, the full Judgment may issue. Please accept this as written notice of default with our request that immediate payment be made to Mr. Longoria.

                                         Very truly yours,

                                         PHIL WATKINS

PW/lnc

cc:   Enrique Longoria
       114 Otila Drive
       Brownsville, Texas 78521

EXHIBIT 2

One Riverwalk Place ◆ 700 N. St. Mary's Street ◆ Suite 1750 ◆ San Antonio, Texas 78205
Phone: (210) 225-6666 ◆ Fax: (210) 225-2300