UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ENRIQUE LONGORIA, § § § PLAINTIFF § VS. § OLD MAW SHRIMP CORPORATION, § § § DEFENDANT § | CIVIL ACTION NO. B-00-047 |

### CLERK'S ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant, **OLD MAW SHRIMP CORPORATION**. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law.

THEREFORE, the Court is of the opinion that Default against Defendant, **OLD MAW SHRIMP CORPORATION should be** entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter default against Defendant, **OLD MAW SHRIMP CORPORATION**.

SIGNED on this _8th_ day of _October_, 2002, at Brownsville, Texas.

MICHAEL MILBY,
By: _Olivia Guty_, ~~DISTRICT~~ Deputy CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENRIQUE LONGORIA, | § § § | |
| PLAINTIFF | § | |
| VS. | § § | CIVIL ACTION NO. B-00-047 |
| OLD MAW SHRIMP CORPORATION, | § § | |
| DEFENDANT | § | |

## WRIT OF EXECUTION

To the UNITED STATES MARSHAL for the Southern District of Texas:

    In Civil Action Number :    B-00-047
       In this Division :    Brownsville

Which was styled:

*ENRIQUE LONGORIA, PLAINTIFF*
*VERSUS*
*OLD AM W SHRIMP CORP ORA TION, DEFENDANT*

This judgment creditor:

Plaintiff, Enrique Longoria, 114 Otila Drive, Brownsville, Texas 78521

    Recovered a judgment of:    $15,000.00

    Plus costs of:    -0-

Which Judgment was entered on :    April 20, 2001
    And bears interest at  :    -0-%

For this judgment debtor: Old Maw Shrimp Corporation, Defendant

You are commanded to take of the goods, land and choses-in-action of the judgment debtor enough to pay the judgment in full and the costs of this writ. Fail not, and return this writ, certifying how you executed it.

    United Steates District Court
    Southern District of Texas
    Michael Milby, District Clerk

    By: _____, Deputy Clerk
    Date Issued: 10-8-02