*14*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ENRIQUE LONGORIA, | § | |
| | § | |
| **PLAINTIFF** | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-00-047 |
| OLD MAW SHRIMP CORPORATION, | § | |
| | § | |
| **DEFENDANT** | § | |

## PLAINTIFF'S REQUEST FOR ENTRY OF
## DEFAULT IN AGREED JUDGMENT

NOW COMES ENRIQUE LONGORIA, Plaintiff in the above styled and numbered cause and asks the Clerk of the Court to enter a Default in the Agreed Judgment of April 20, 2001 against Defendant, OLD MAW SHRIMP CORPORATION, as authorized by Federal Rules of Civil Procedure 69.

1 .    Plaintiff is Enrique Longoria.

2.    Defendant is Old Maw Shrimp Corporation, a Texas Corporation whose principal business address is 604 South Shore Drive, Port Isabel, Texas 78578.

3.    On April 23, 2001, the Clerk of this Court entered, among the records of this court, the Agreed judgment signed and executed by the parties and United States District judge Filemnon B. Vela. A copy of the Agreed Judgment is attached hereto as *Exhibit "1"*.

A copy of the Agreed Judgment required Defendant, Old Maw Shrimp Corporation to pay to Plaintiff $15,000.00 on or before September 15, 2002. Defendant has not made payment.

4.    On October 25, 2001, Defendant's attorney, Dennis Sanchez wrote to Plaintiff's attorney, advising that the September 15, 2002 payment to Enrique Longoria in the amount--of $15,000.00 will be payable pursuant to the terms of the Agreed Judgment on September 15, 2002.  A copy of the October 25, 2001 letter is attached as *Exhibit* '2".  Defendant has not made payment to Plaintiff even though given written notice of Default more than ten (10) days before the filing of this instrument on September 18, 2002.  A copy of the September 18, 2002 letter is attached as *Exhibit "3"*.

5.    Plaintiff is entitled to issuance of a Writ of Execution in Aid of judgment.

    WHEREFORE, PREMISES CONSIDERED, Plaintiff Enrique Longoria prays that the Clerk of this Court, upon the filing of this Pleading, issue a Writ of Execution in the amount of $15,000.00 against Old Maw Shrimp Corporation at 604 South Shore Drive, Port Isabel, Texas 78578.

                    Respectfully submitted,

                    PHIL WATKINS, P.C.
                    *700* N. St. Mary's Street, Suite 1750
                    San Antonio, Texas 78205
                    (210) 225-6666
                    (210)  225-2300 fax

                    By:_____
                        PHIL WATKINS
                        Federal Bar No. 20710

                    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded, via Certified Mail, Return Receipt, to Mr. Dennis Sanchez, SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P., 100 North Expressway 83, Brownsville, Texas 78521, on this the _____ day of October, 2002.

PHIL WATKINS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ENRIQUE LONGORIA | § | |
| | § | |
| VS. | § | C.A. NO. B-00-047 |
| | § | |
| OLD MAW SHRIMP CORPORATION | § | |

## AGREED JUDGMENT

CAME ON TO BE CONSIDERED on the 20th day of ~~March~~ *April*, 2001, the above-styled

and numbered cause. Plaintiff appeared by and through his attorney of record, Phil Wilkins, and

Defendant appeared by and through its attorney of record, Dennis Sanchez. Both sides

announced to the Court that they had arrived at a compromise and settlement of all matters in this

case which required the entry of a judgment. The Court after considering the pleadings on file,

the evidence presented therein, and the arguments of counsel, finds that the resolution of this case

is fair and just and is of the opinion that the Plaintiff is entitled to recover of and from the

Defendant, OLD MAW SHRIMP CORPORATION, the sum of THIRTY THOUSAND AND

NO/100 DOLLARS ($30,000.00). It is therefore

ORDERED, ADJUDGED and DECREED that ENRIQUE LONGORIA be and is hereby

granted judgment against OLD MAW SHRIMP CORPORATION in the amount of THIRTY

THOUSAND AND NO/100 DOLLARS ($30,000.00), is to be paid as follows:

1.  FIFTEEN THOUSAND and NO/100 DOLLARS ($15,000.00) on or before

    September 15, 2001; and

2.  FIFTEEN THOUSAND and NO/100 DOLLARS ($15,000.00) on or before

    September 15, 2002.

**EXHIBIT**
1

If any payment under this judgment is not paid within ten (10) days after written notice of default in payment, the full judgment may issue.

All relief not expressly granted in this judgment is denied.

SIGNED FOR ENTRY this 20th day of April, 2001.

John Wm. Black,
UNITED STATES MAGISTRATE JUDGE
District

APPROVED AND AGREED TO:

PHIL WATKINS
Federal Bar No. 20710
PHIL WATKINS, P.C.
700 N. St. Mary's Street, Suite 1750
San Antonio, Texas 78205
(210) 225-6666 telephone
(210) 225-2300 fax

Attorney for Plaintiff

DENNIS SANCHEZ
State Bar No. 00795621; Federal Bar No. 1594
SANCHEZ, WHITTINGTON, JANIS
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 telephone
(956) 546-3765 fax

Attorney for Defendant

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)
DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

RECEIVED OCT 3 1 2001

October 25, 2001

Phil Watkins, Esq.                                      VIA FAX (210) 225-2300
PHIL WATKINS, P.C.
One Riverwalk Place, Suite 1750
700 N. St. Mary's Street
San Antonio, TX 78205

        RE:    Civil Action No. B-00-047
               Enrique Longoria v. Old Maw Shrimp Corporation

Dear Mr. Watkins:

        This letter will confirm our agreement of this date whereby we have tendered the amount
of $5,000.00 to Enrique Longoria and will tender, on or before November 16, 2001, the
additional amount of $10,000.00 in order to satisfy the payment of $15,000.00 which was due on
September 15, 2001. This letter will also confirm the agreement that upon the payment of the
$10,000.00 on November 16, 2001, you will recall the execution which has been issued through
the U.S. Marshal's Service and take whatever steps necessary to stop the vessel from being
seized.

        In essence, the Agreed Judgment will be back on track upon my client's payment of the
aggregate of $15,000.00 as aforesaid and the balance of the Judgment (i.e., $15,000.00) will be
payable pursuant to the terms of the Agreed Judgment on September 15, 2002.

                                        Very truly yours,

                                        Dennis Sanchez

DS/jm

AGREED TO AND APPROVED:

OLD MAW SHRIMP CORPORATION
By: H. Melvin Tower
    H. Melvin Tower, President

EXHIBIT
2

# PHIL WATKINS, P.C.

### ATTORNEYS AT LAW

#### Phil Watkins
Board Certified
Personal Injury Trial Law
Texas Board of Legal Specialization

September 18, 2002

**VIA FACSIMILE NO. (956) 546-3765**
Mr. Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

Re:   C.A. No. B-00-047; Enrique Longoria v. Old Maw Shrimp Corp.

Dear Mr. Sanchez:

Enclosed please find a copy of the Agreed Judgment of April 20, 2001 which was signed and entered of record in the above matter. In addition you will find a copy of a signed agreement dated October 25, 2001 which was signed by both you and your client. My client informs me that he has not received the final installment of $15,000.00 which was due on September 15, 2002. Please note that if the default in payment continues for ten (10) days after written notice, the balance of the Judgment (i.e., $15,000.00) may issue. Please accept this as written notice of default with our request that immediate payment be made to Mr. Longoria.

Thank you for your kind cooperation in this matter.

Very truly yours,

PHIL WATKINS

PW/fg



EXHIBIT
**3**

One Riverwalk Place ◆ 700 N. St. Mary's Street ◆ Suite 1750 ◆ San Antonio, Texas 78205
Phone: (210) 225-6666 ◆ Fax: (210) 225-2300